UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHYLLIS NOLA, ET AL

VERSUS

TWIN CITY FIRE INSURANCE
COMPANY

CIVIL ACTION

NO. 10-327-RET

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 16, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' motion to remand (rec.doc. 5) will be granted, and this matter will be remanded to the 19th Judicial District Court, parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, August 24, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA